172 So.2d 703

Lillie Mae SHAW, Individually and as Natural Tutrix of and for the Use and Benefit of the Minors, Linda Diane Shaw and Mack Allen Shaw,

v.

The TEXAS AND PACIFIC RAILWAY CO.

No. 47673.

March 30, 1965.

In re: The Texas and Pacific Railway Company applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 170 So.2d 874.

The application is denied. There appears no error of law in the judgment complained of.

172 So.2d 703

The MUTUAL LIFE INSURANCE COMPANY OF NEW YORK

v.

Mrs. Louvenia THOMAS and Holly McGee, and Leonard R. McGee.

No. 47674.

March 30, 1965.

In re: Holly McGee and Leonard McGee applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 170 So.2d 895.

Writ refused. On the facts found by the Court of Appeal the result reached is correct.